# Third District Court of Appeal

## State of Florida

Opinion filed July 22, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-1298
Lower Tribunal No. 12-28532 B

_____

**Justin Hulse,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Bronwyn C. Miller, Judge.

Carlos J. Martinez, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Jonathan Tanoos, Assistant Attorney General, for appellee.

Before WELLS, LAGOA, and SALTER, JJ.

LAGOA, J.

Justin Hulse ("Hulse") appeals the trial court's revocation of his community control and sentence.

We affirm without discussion the revocation and sentence as the State proved by a preponderance of the evidence each violation relied on by the trial court to revoke Hulse's community control. However, we remand the case to the trial court for entry of a written order to conform to the trial court's oral pronouncement. See Owens v. State, 141 So. 3d 259 (Fla. 3d DCA 2014); Brown v. State, 127 So. 3d 831 (Fla. 3d DCA 2013); see also Thompson v. State, 965 So. 2d 1250, 1251 (Fla. 1st DCA 2007) ("When a conflict exists between an oral revocation pronouncement and the written order revoking probation, the oral pronouncement will control.").

Order and sentence affirmed; remanded with directions.